ROBERT V. CATTANI, M.D., Appellant, v RICHARD A. MARFUGGI, M.D., Respondent. RICHARD PAUL STONE, ESQ., Nonparty Appellant.

Submitted August 9, 2010; decided November 17, 2010

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.